### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE, et al, *Plaintiff,* v. ABINGTON FRIENDS SCHOOL, *Defendant.* | CIVIL ACTION NO. 22-14 |

### ORDER

**AND NOW**, this 29th day of March, 2022, upon consideration of Defendant Abington Friends School's Motion to Dismiss (ECF 5), and Plaintiff having filed an Amended Complaint (ECF 6), it is hereby **ORDERED** that the motion is **DENIED as moot.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.