# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**STUDENT DOE**, minor suing under fictitious name :
for privacy reasons, by and through STUDENT DOE'S parents, :
**FATHER DOE** and **MOTHER DOE**, :
suing under fictitious names to protect the identity :
and privacy of **STUDENT DOE**, their minor child, :
 : CIVIL ACTION NO. 22-14
and :
 :
**FATHER DOE** and **MOTHER DOE**, individually and on their :
own behalf, :
    Plaintiffs, :
   vs. :
 :
**ABINGTON FRIENDS SCHOOL**, :
    Defendant. :
_____:

## ORDER

  **AND NOW**, this 14th day of June, 2023, following written notice to the Court via letter from Plaintiffs' counsel dated June 13, 2023 advising that the Parties have reached a settlement in this matter, IT IS HEREBY ORDERED that Plaintiffs shall file a Petition for Approval of Settlement on or before June 27, 2023 and that such Petition shall be filed under seal, as this matter involves a minor-plaintiff and certain settlement terms are considered to be confidential by the Parties. All existing deadlines stated in the Scheduling Order dated February 1, 2023 are hereby stayed.

           **BY THE COURT:**


           _____*/s/ Gerald J. Pappert*_____
            Gerald J. Pappert, J.