IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE, et al., *Plaintiff,* v. ABINGTON FRIENDS SCHOOL, *Defendant.* | CIVIL ACTION NO. 22-14 |

## ORDER

**AND NOW**, this 16th day of August, 2023, upon consideration of Plaintiffs' Amended Petition to Approve Settlement, (ECF 36), it is hereby **ORDERED** that Movants, Mother and Father Doe, are authorized to enter into a settlement with Abington Friends School in the amount of One Hundred Fifty Thousand dollars ($150,000.00). Abington Friends School shall forward all settlement drafts or checks to Plaintiffs' Counsel for proper distribution.

**IT IS FURTHER ORDERED** that the settlement proceeds of $150,000.00 be distributed as follows:

    a. To: Mother Doe and Father Doe      $ 74,175 (Tuition reimbursement)
                                                                      $ 33,653 (Medical expenses incurred)
                                                                     +$ 3,472 (Tutoring costs incurred)
                                                                        $111,300

    b. Student Doe                                           $ 38,700 (School tuition 2023–24)

**IT IS FURTHER ORDERED** that within sixty days of the distribution of the funds set forth above, Plaintiffs' Counsel shall certify compliance with the terms of this Order in an Affidavit to the Court.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.