### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE, et al., *Plaintiff,* v. ABINGTON FRIENDS SCHOOL, *Defendant.* | CIVIL ACTION NO. 22-14 |

### ORDER

**AND NOW**, this 16th day of November, 2023, it is **ORDERED** that Plaintiffs' Counsel shall certify compliance with the terms of the Court's August 16, 2023 Order in an Affidavit to the Court by **Friday, November 17, 2023.**

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.