# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUDENT DOE, et al., *Plaintiff,* v. ABINGTON FRIENDS SCHOOL, *Defendant.* | CIVIL ACTION NO. 22-14 |

## ORDER

**AND NOW**, this 17th day of November, 2023, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.